**Order entered September 13, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00250-CV

## CORA CANADY, Appellant

## V.

## CITY OF DALLAS, ET AL., Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04652-E**

## ORDER

By order dated August 25, 2021, we granted appellant's second motion for an extension of time to file an amended brief to correct noted deficiencies to the extent that we extended the time to September 7, 2021. We cautioned appellant that no further extensions would be granted and that failure to file an amended brief by the deadline would result in the appeal being submitted on the deficient brief. Before the Court is appellant's third extension motion. We **DENY** the motion. The appeal will be submitted on appellant's brief filed on July 16, 2021.

Appellees' brief is due **October 12, 2021**.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE